[No. 16276-8-II.   Division Two.   August 23, 1994.]

FRANCIS E. RICHARDSON, *Respondent*, v. POPE &
TALBOT, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-2-00984-0, James I. Maddock, J., entered July

13, 1992. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Seinfeld, A.C.J., and Houghton, J.